```
THOMAS J. RICHARDSON   # 138104
Attorney at Law
2950 Mariposa Suite 200
Fresno California, 93721
Telephone: 559-264-6481


Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTEICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-00094 MCE |
| Plaintiff, | ) AMENDED STIPULATION TO |
| vs. | ) CONTINUE STATUS CONFERENCE |
| FRANCISCO VELASCO, | ) |
| Defendant | ) Dated: July 30, 2009 |
| | ) Time: 9:00 am |
| | ) Judge: Morrison C. England |

    IT IS HEREBY STIPULATED by an between the parties hereto through their respective counsel, that the status conference currently set for April 9, 2009 at 9:00 am be continued to July 30, 2009 at 9:00 a.m..

//
//
//
//
//
//
//
//

- 1

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. sec. 3161 (h)(8)(A). The reason for the continuance is for further plea negotiations.

Dated: _____          _____
                                      JOHN E. VINCENT
                                      United States Attorney

                                By  /S/_____
                                      TODD LERAS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated: April 7, 2009              /S/_____
                                      THOMAS J. RICHARDSON
                                      Attorney for Defendant

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice, pursuant to 18 U.S.C. sec. 3161(h)(8)(A).

DATED: April 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE