LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-09-0094 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| FRANCISCO JAVIER VELASCO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and Attorney Daniel Bacon, Counsel for Defendant Francisco Javier Velasco, that the status conference scheduled for July 30, 2009, be continued to September 24, 2009, at 9:00 a.m.

The request to continue the status conference is made on the ground that defense counsel has a motion to suppress evidence pending and needs to conduct additional investigation to prepare for presentation of the motion.  The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C.

1

§ 3161(h)(1)(D)(pending motion) and (h)(7)(B)(iv)(reasonable time for counsel to prepare); Local Codes E (pending motion) and T4 (reasonable time to prepare). This exclusion of time includes the period up to and including September 24, 2009.

    Daniel Bacon agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: July 29, 2009    By: /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

DATED: July 29, 2009    By: /s/ Todd D. Leras for
    DANIEL BACON
    Attorney for Defendant
    FRANCISCO JAVIER VELASCO

1 **IT IS HEREBY ORDERED:**

2    1.   The status conference set for July 30, 2009, is
3 continued to September 24, 2009, at 9:00 a.m.
4    2.   Based on the stipulations and representations of the
5 parties, the Court finds that the ends of justice outweigh the
6 best interest of the public and defendant in a speedy trial.
7 Accordingly, time under the Speedy Trial Act shall be excluded
8 under 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv) and Local Codes
9 E (pending motion) and T4 (reasonable time to prepare) from July
10 30, 2009, up to and including September 24, 2009.
11    IT IS SO ORDERED.
12 Dated: July 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3