**MICHAEL A. RALSTON**
County Counsel
State Bar No. 74932
**DAVID M. YORTON, JR.,**
**SENIOR DEPUTY COUNTY COUNSEL**
1450 Court Street, Suite 332
Redding, California 96001
(530) 225-5711
(530) 225-5817 FAX

Attorneys for Shasta County Sheriff's Department

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.: 2:09-CR-00094 MCE |
| Plaintiff, | **REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER** |
| v. | DATE:   March 11, 2010 |
| **FRANCISCO JAVIER VELASCO,** | TIME:    9:00 A.M. |
| Defendant. | |

I, DAVID M. YORTON, JR., Senior Deputy County Counsel, representing the Shasta County Sheriff's Department, hereby request to appear in the above-referenced matter by telephone. Counsel will use his direct line at (530) 225-5813.

Dated:  March 5, 2010

/s/ David M. Yorton, Jr.
DAVID M. YORTON, JR.,
Senior Deputy County Counsel

IT IS HEREBY ORDERED:

Request for the above attorney to appear by telephone is granted.
DATED: March 9, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**REQUEST FOR APPEARANCE BY TELEPHONE**