1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR FRANCISCO JAVIER VELASCO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09 CR-00094 MCE |
|---|---|
| Plaintiff, | ) DEFENDANT FRANCISCO JAVIER<br>) VELASCO'S WAIVER OF APPEARANCE |
| vs. | ) |
| FRANCISCO JAVIER VELASCO, | ) DATE: July 29, 2010<br>) TIME: 9:00 AM |
| Defendant. | ) DEPT: Hon. Morrison C. England, Jr. |

TO THE HONORABLE COURT:

   Defendant Francisco Javier Velasco hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing on motions currently scheduled for July 29, 2010, where his presence is not necessary to ensure his constitutional rights.  Defendant Velasco also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43.  Defendant Velasco agrees to appear on August 5, 2010 or any other date that the court should set.

   Executed this _____ day of July, 2010, at _____, California.

                                         _____
                                         FRANCISCO JAVIER VELASCO

   Executed this _____ of July, 2010, at Fresno, California.

                                         _____
                                         DANIEL A. BACON, Attorney for
                                         FRANCISCO JAVIER VELASCO

1

ORDER

This matter came before the court on defendant Francisco Javier Velasco's *ex parte* request that his personal appearance at the July 29, 2010 motions hearing be excused. The court hereby grants the defendant's *ex parte* application and excuses his appearance on July 29, 2010.

Dated: July 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE