```
DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FRANCISCO JAVIER VELASCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 09-CRS-00094 MCE |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, |
| v. ) | AND EXCLUDING TIME |
| ) | |
| FRANCISCO JAVIER VELASCO ) | Date: December 12, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Honorable Judge England |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO JAVIER VELASCO, that the status conference scheduled for October 24, 2013, be vacated and the matter be continued to this Court's criminal calendar on December 12, 2013, at 9:15 a.m, for further status.

This continuance is requested by the defense in order to permit client consultation, review of the voluminous discovery that has recently been provided by former counsel, conduct investigation, and negotiate with the Government regarding possible settlement.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to § 3161(h)(8)(A) &

(B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

    The Court is advised that all counsel have conferred about this request, that they have agreed to the December 12, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

    IT IS SO STIPULATED.

Dated: October 22, 2013      /S/ Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for Defendant
                                      FRANCISCO JAVIER VELASCO

Dated: October 22, 2013      /S/ Jared Dolan
                                        JARED DOLAN
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

    IT IS SO ORDERED.

Dated:  October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT