BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO JAVIER VELASCO, <br><br> Defendant. | CASE NO. 2:09-CR-00094 MCE <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: May 1, 2014 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 1, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 12, 2014, and to exclude time between May 1, 2014, and June 12, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, including the voluminous records from a multi-day evidentiary hearing. Current defense counsel was not present at the hearing and needs to review those materials. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, investigate possible defenses, and explore a resolution. While the parties have had preliminary talks about resolving the case, the defendant's failure to appear in court after the denial of his motion to dismiss has complicated those discussions. The parties are exploring a global resolution that would resolve all charges and potential charges against the defendant.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2014 to June 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 29, 2014           BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ JARED C. DOLAN
                     JARED C. DOLAN
                     Assistant United States Attorney

Dated: April 29, 2014                             /s/ Dina Santos
                                                         DINA SANTOS
                                                         Counsel for Defendant
                                                         JAVIER FRANCISCO
                                                         VELASCO

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3