1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988
4

5  Attorneys for:
   FRANCISCO VELASCO
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            CASE NO.  2:09-CR-00094-MCE-2

11                        Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
12            v.                         FINDINGS AND ORDER TO CONTINUE CASE
                                         TO 10/23/14
13  FRANCISCO VELASCO,
                          Defendant.
14

15                         **STIPULATION**

16        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

17  through his counsel of record, hereby stipulate as follows:

18        1.     By previous order, this matter was set for status on October 2, 2014.

19        2.     By this stipulation, defendant now moves to continue the status conference until October

20  23, 2014, and to exclude time between October 2, 2014 and October 23, 2014, under Local Code T4.

21  Plaintiff does not oppose this request.

22        3.     The parties agree and stipulate, and request that the Court find the following:

23               a)     Counsel for defendants desires additional time to consult with her client, continue

24  negotiations with the Government, conduct investigation, and to otherwise prepare for trial.  The

25  Government has informed Defense Counsel that a plea agreement will be forthcoming before the

26  next court date.

27               b)     Counsel for defendant believes that failure to grant the above-requested

28  continuance would deny them the reasonable time necessary for effective preparation, taking into

Stip. & Order Continuing Status Conf. & Excluding            1
Time Periods Under Speedy Trial Act

account the exercise of due diligence.

c)    The government does not object to the continuance and needs time to evaluate information that has been provided by the defense.

d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 2, 2014, to October 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS SO STIPULATED.

2    Dated:  October 1, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney
3

4                                              /s/ Jared Dolan
                                               JARED DOLAN
5                                              Assistant United States Attorney

6
     Dated:  October 1, 2014                   /s/  Dina L. Santos
7                                              DINA SANTOS, ESQ.
                                               Attorney for Francisco Velasco
8

9

10                                  **ORDER**

11    IT IS SO FOUND AND ORDERED.

12   Dated:  October 2, 2014

13

14                                     _____
                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
15                                     UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28