Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
FRANCISCO VELASCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO VELASCO.<br>　　　　　　　　　Defendant. | CASE NO. 2:09-CR-00094-MCE-2<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 11/20/14 |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 23, 2014.

2. By this stipulation, defendant now moves to continue the status conference until November 20, 2014, and to exclude time between October 23, 2014, and November 20, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendant desires additional time to consult with her client, continue to conduct investigation, negotiate with the government regarding possible settlement, and to otherwise prepare for trial.

　　b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

1       c)      The government does not object to the continuance.

2       d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2014, to November 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 21, 2014                BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Jared Dolan
                                        JARED DOLAN
                                        Assistant United States Attorney

Dated:  October 21, 2014                 /s/  Dina L. Santos
                                        DINA SANTOS, ESQ.
                                        Attorney for Francisco Velasco


## ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stip. & Order Continuing Status Conf. & Excluding            2
Time Periods Under Speedy Trial Act