Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
FRANCISCO VELASCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO VELASCO.<br>　　　　　　Defendant. | CASE NO. CRS 09-0094-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 1/15/15 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 8, 2015.

2. By this stipulation, defendant now moves to continue the status conference until January 15, 2015, and to exclude time between January 8, 2015, and January 15, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendant desires additional time to finalize a proposed plea agreement to otherwise prepare for trial.

　　b)　Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　c)　The government does not object to the continuance.

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2015, to January 15, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2015                           BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Jared Dolan
                                                  JARED DOLAN
                                                  Assistant United States Attorney

Dated: January 6, 2015                           /s/   Dina L. Santos
                                                  DINA SANTOS, ESQ.
                                                  Attorney for Francisco Velasco

IT IS SO ORDERED.

DATED: January 12, 2015

                                                  MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT