1 | Dina L. Santos, SBN 204200
2 | A Professional Law Corporation
  | 428 J Street, Suite 359
  | Sacramento, CA 95814
3 | Telephone:  (916) 447-0160
  | Facsimile:   (916) 447-2988

Attorneys for:
FRANCISCO VELASCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  09-CR-0094 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING J&S TO 9/17/15 |
| v. | |
| FRANCISCO JAVIER VELASCO, | |
| Defendant. | |

It is hereby stipulated by and between Assistant United States Attorney JARED DOLAN, and Attorney Dina L. Santos, Counsel for Defendant FRANCISCO VELASCO, that the current date scheduled for July 23, 2015, be vacated and the matter be continued to this Court's criminal calendar on September 17, 2015, at 9:00 a.m. for judgment and sentencing.

///
///
///
///
///
///
///

Stip. & Order Continuing J&S             1

Probation has been notified of the new date.

Dated: July 20, 2015                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Jared Dolan
                                             JARED DOLAN
                                             Assistant United States Attorney


Dated: July 20, 2015                         /s/  Dina L. Santos
                                             DINA SANTOS, ESQ.
                                             Attorney for Francisco Velasco


**ORDER**

      IT IS SO ORDERED.

Dated: July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT