Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
Francisco Velasco

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>FRANCISCO VELASCO<br>       Defendant | CASE NO.  CRS 09-00094 MCE<br><br>EXONERATE BOND |

   In the above referenced case, Mr. Velasco was ordered released on a $50,000.00 Secured Bond. The properties located at 2343 Burnham, Selma, California, owned by Amalia Ramirez and Antonio Ramirez, and the property located at 1550 Mill Street, Selma, California, owned by Isabel Herrera and Ignacio Hernandez, were posted and a deed of trust and promissory note was recorded against these properties.

   The above captioned matter has now been resolved.  It is hereby requested that the Secured bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Sureties, the Deeds of Trust and Promissory Notes.


Dated: June 17, 2016           /s/ Dina L. Santos
                   DINA L. SANTOS
                   Attorney for Defendant
                   FRANCISCO VELASCO

1

**ORDER**

It is hereby ordered that the Secured bond in the amount of $50,000, posted by and secured by a deed of trust and promissory note from the following properties and persons:

    Amalia Ramirez and Antonio Ramirez
    2343 Burnham
    Selma, CA 93662

    Isabel Herrera and Ignacio Hernandez
    1550 Mill Street
    Selma, California

is hereby exonerated. The Clerk of the District Court is directed to, as soon as is practicable, reconvey back to the Trustor the Deeds of Trust and Promissory Notes.

IT IS SO ORDERED.

Dated: June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE