UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-CR-00094-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FRANCISCO JAVIER VELASCO, | |
| Defendant. | |

The Court is in receipt of the Motion to Correct Error in Sentence Calculation (ECF No. 221) filed by Defendant Francisco Javier Velasco.  Defendant pled guilty on January 15, 2015, to Possession With Intent to Distribute Cocaine in violation of 18 U.S.C. § 841(a)(1).  The Court thereafter sentenced Defendant to a low end sentence of 97 months after determining that his Total Offense Level was 28, his Criminal History Category was III and the applicable guidelines range was thus 97-121 months.  Defense counsel also proffered that a 97-month sentence was appropriate.

///
///
///
///
///

1 | Defendant now moves, however, to correct his sentence, arguing that this Court
2 | instead determined Defendant's criminal history category was II.  This argument appears
3 | to be based on a clerical error in the Court's original Statement of Reasons, which has
4 | since been corrected.  It is clear from the record (indeed, there was never any dispute)
5 | that Defendant was properly categorized as a category III.  Accordingly, because the
6 | sentence is proper, Defendant's Motion (ECF No. 221) is DENIED.
7 | IT IS SO ORDERED.
8 | Dated:  June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE