UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-CR-00094-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FRANCISCO JAVIER VELASCO, | |
| Defendant. | |

The Court is in receipt of Defendant's Motion (ECF No. 227) for 30-Day Extension of Time to Appeal or to File a Motion for Reconsideration of this Court's Order Denying his Motion to Correct Sentence (ECF No. 226) of this Court's filed by Defendant Francisco Javier Velasco.  Defendant avers he is unable to either notice an appeal or move for reconsideration without a copy of the Government's response to his original Motion (ECF No. 221) provided to him for review.

///

///

///

///

///

///

1

Because the Government did not file a response to that Motion, however, there is nothing to provide. Defendant's (ECF No. 227) Motion is thus DENIED.

IT IS SO ORDERED.

Dated: July 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE